

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,110-01

### EX PARTE CHARLES ROSS TURNER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR22949-A IN THE 35TH DISTRICT COURT
### FROM BROWN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance in a drug free zone and sentenced to thirty years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Turner v. State*, No. 11-15-00326-CR (Tex. App.—Eastland Jun. 30, 2017) (not designated for publication).

Applicant alleges both his trial counsel and appellate counsel were ineffective.

After a remand for a response from Applicant's trial attorney and findings addressing one of his claims, the habeas court made findings and recommended denying relief. Based on those findings

and this Court's independent review of the entire record, we deny relief.

Filed: May 1, 2019
Do not publish